UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
UNITED STATES OF AMERICA  )
                                                    )
              v.                                    )        CRIMINAL NO. 08-10345-DPW
                                                    )
CHARLES TURNER                       )
 Defendant                                     )
_____)

## MOTION FOR PRODUCTION OF DISCOVERY

     Now Comes Defendant, Charles Turner, in the above- captioned indictment and through his Attorney hereby requests this Honorable Court order the Government to produce all Discovery in paper form as Counsel has had difficulty accessing the discovery in its current electronic version.[1] (See attached affidavits).  The Defendant reserves the right to file additional motions for discovery after all discovery has been produced and reviewed.

                                                  Respectfully submitted,
                                                  FOR THE DEFENDANT,

                                                   /s/ Barry P. Wilson
                                                  Barry P. Wilson, Esq.
                                                  LAW OFFICES OF BARRY P. WILSON
                                                  240 Commercial Street, Suite 5A
                                                  Boston, MA  02109
                                                  (617) 248-8979
                                                  (617) 523- 8700 (fax)
                                                  BBO# 529680

---

[1] The Defendant agrees to pay costs associated with said production.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2009 I electronically filed Defendant's Motion for Production of Discovery with the Clerk of Court using the CMF/ECF system which will send notification of such filing to the following: United States Attorney's Office, Boston, Massachusetts.

                                        /s/ Barry P. Wilson