UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 08-10345-DPW |
| CHARLES TURNER<br>Defendant | ) ) ) ) | |

**MOTION FOR PERMISSION TO TRAVEL**

Now Comes Defendant, Charles Turner, in the above- captioned indictment and through his Attorney hereby requests this Honorable Court to allow him to travel to New York City on May 18, 2010 with the rest of the Boston City Counsel.

On May 18, 2010, the Boston City Counsel will be travelling to New York to visit Jeffrey Canada, and the Harlem Village Program. The trip will be from 7:00 a.m. to 10:00 p.m.

Respectfully submitted,
FOR THE DEFENDANT,

/s/ Barry P. Wilson
Barry P. Wilson, Esq.
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA  02109
(617) 248-8979
(617) 523- 8700 (fax)
BBO# 529680

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2010 I electronically filed Defendant's Motion to Travel with the Clerk of Court using the CMF/ECF system which will send notification of such filing to the following: United States Attorney's Office, Boston, Massachusetts.

/s/ Barry P. Wilson