Matt Osborn
16 Spalding St. #1
Jamaica Plain, MA 02130

January 24, 2011

The Honorable Judge Douglas P. Woodlock
Courtroom 1
1 Courthouse Way
Boston, MA 02210

Dear Honorable Judge Douglas P. Woodlock:

I am writing to ask you to sentence Chuck Turner to probation rather than prison time.

Former City Councilor Chuck Turner is an honorable and respectable man, he poses no danger or public safety threat, and he has been committed to serving and helping his community for many decades. He has paid his price and he has suffered enough having lost his city council seat and been criticized in the media.

I have known Chuck Turner for many years, having done political work with him, and I have tremendous respect and admiration for him. He works incredibly hard for his community and stands up for people.

I believe it would be best for his family, his commuity, and the interests of justice for him not to be sent to prison.

Thank you for your time and consideration.

Sincerely,

Matt Osborn